**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Gainesville Division**

In Re:  Debtor(s)
    **Gerald L Smith**

Case No.: **14–22356–jrs**
Chapter:  **13**

# Order Dismissing Case For Failure Of Debtor To Correct Filing Deficiency

The above referenced case was filed on October 6, 2014. A Notice was issued by the Clerk on October 6, 2014 directing the debtor to correct one or more filing deficiencies, and the debtor has failed to comply with the Notice, and/or any subsequent order extending the time to cure filing deficiencies. Accordingly, it is hereby

ORDERED THAT THIS CASE IS DISMISSED.

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court by November 14, 2014.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), any Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an Employer Deduction Order.

**SO ORDERED,** on October 31, 2014.

James R. Sacca
United States Bankruptcy Judge

**Clerk, United States Bankruptcy Court**
**Gainesville Division**
**Room 120 Federal Building**
**121 Spring Street, SE**
**Gainesville, GA 30501**

Dated: 10/31/14

Form 522